

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED AUTOMOBILE INSURANCE CO.,
UNITED PREMIUM FINANCE CO.,
UNITED GROUP UNDERWRITERS, INC.

        Plaintiff,

vs.

PETHINAIDU VELUCHAMY.

        Defendant.

**Recorder's Stamp**

No. ___09 C 5487___

### MEMORANDUM OF JUDGMENT

On February 23, 2011, judgment was entered in this court in favor of Plaintiff, United Premium

Finance Company and against Pethinaidu Veluchamy, whose address is 325 Marmon Dr., Bolingbrook,

IL 60440, in the amount of $1,000,000.00 plus interest of $169,216.66 (calculated at a rate of 9.5% per

annum for the period between August 1, 2009 through February 23, 2011), plus postjudgment statutory

interest and attorneys' fees.

_____
Judge

March 3, 2011

Prepared By:
Christopher M. Heintskill [ARDC #6272391]
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602
T: (312) 346-8380; F: (312) 346-8434
cheintskill@lplegal.com